AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Kentucky

Southern Division at London

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff(s)*<br>v.<br>AMBER SCOTT, ET AL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 6:18-cv-228-CHB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMBER SCOTT
28 Harbor Street
Nancy, KY 42544

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. George Mason, Jr.
George Mason Law Firm, PSC
3070 Lakecrest Circle
Suite 400, PMB 278
Lexington, KY 40513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  08/27/2018

*Robert R. Carr, Clerk*
*Signature of Clerk or Deputy Clerk*

rbb

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:18-cv-228-CHB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amber Scott
was received by me on *(date)* 10-10-18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  See Below ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-10-18

/s/ A. George Mason, Jr.
*Server's signature*

A. George Mason, Jr.
*Printed name and title*

George Mason Law Firm, PSC
3070 Lakecrest Circle, Suite 400, PMB 278
Lexington, KY 40513
*Server's address*

Additional information regarding attempted service, etc:

The restricted certified mailing of summons and complaint for the above named Defendant was not returned to my office, and the USPS Tracking states that as of October 10, 2018 that the mailing is "Unclaimed, being returned to sender."

ALERT: USPS SERVICES ARE DISRUPTED IN SOME FLORIDA PANHANDLE AREAS IMPACTED…

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70161370000098499598     Remove ✕

Your item could not be delivered on September 17, 2018 at 8:31 am in NANCY, KY 42544. It was held for the required number of days and is being returned to the sender.

## Alert

September 17, 2018 at 8:31 am
Unclaimed/Being Returned to Sender
NANCY, KY 42544

Feedback

### Text & Email Updates 

### Tracking History 

**September 17, 2018, 8:31 am**
Unclaimed/Being Returned to Sender
NANCY, KY 42544
Your item could not be delivered on September 17, 2018 at 8:31 am in NANCY, KY 42544. It was held for the required number of days and is being returned to the sender.

Reminder to Schedule Redelivery of your item

**September 1, 2018, 2:47 pm**
Notice Left (No Authorized Recipient Available)
NANCY, KY 42544

**September 1, 2018, 8:04 am**
Out for Delivery
NANCY, KY 42544

**September 1, 2018, 7:54 am**
Sorting Complete
NANCY, KY 42544

**September 1, 2018, 7:45 am**
Arrived at Unit
NANCY, KY 42544

**August 31, 2018, 8:52 am**
Departed USPS Regional Facility
KNOXVILLE TN DISTRIBUTION CENTER

**August 31, 2018, 8:50 am**
Arrived at USPS Regional Destination Facility
KNOXVILLE TN DISTRIBUTION CENTER

**August 30, 2018, 8:00 pm**
Departed USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

**August 30, 2018, 3:01 am**
Arrived at USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

**August 29, 2018, 5:01 pm**
Departed Post Office
LEXINGTON, KY 40511

**August 29, 2018, 10:53 am**
USPS in possession of item
LEXINGTON, KY 40511

Feedback

## Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| First-Class Mail® | Certified Mail Restricted Delivery | 9590940231117166593319 (/go/TrackConfirmAction?tLabels=9590940231117166593319) |

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?
app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

Feedback