UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 6:18-CV-228-CHB |
| v. | ) ) | |
| AMBER SCOTT, et al., | ) ) ) | **ORDER VACATING PRIOR ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Order Accepting Supplemental Warning Order Report [R. 16] was entered in error. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.  The **Order Accepting Supplemental Warning Order Report** [**R. 16**] is **VACATED**.

2.  The clerk **SHALL** strike the Order from the record.

This the 4th day of January, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY