UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:18-CV-228-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR CLARIFICATION** |
| AMBER SCOTT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Attorney Bryan K. Sergent was appointed to serve as warning order attorney for Defendant Amber Scott [R. 8]. Attorney Sergent previously filed his report stating he was unable to notify Defendant Amber Scott [R. 11] Attorney Sergent has now filed a supplemental report stating he was contacted by Defendant Amber Scott who has now been notified of these proceedings and requesting attorney fees in furtherance of his duties as Warning Order Attorney [R. 15]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Attorney Sergent **SHALL** file a clarifying document in the record **within 7 days from the date of entry of this Order** stating plainly the amount of additional attorney fees he is requesting. The Court will then address the Supplemental Report of Warning Order Attorney.

This the 3rd day of January, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY