UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DISTRICT
CIVIL ACTION NO.: 6:18-CV-228-CHB

UNITED STATES OF AMERICA,                              PLAINTIFF,

VS.

AMBER SCOTT, ET. AL.                                      DEFENDANTS.

## RESPONSE TO ORDER FOR CLARIFICATION

      Comes the undersigned attorney, Bryan K. Sergent, and in response to the Court's Order for Clarification entered on January 3, 2019, and hereby states as follows: The undersigned filed a Supplemental Report to make sure the record reflected that Ms. Scott was aware of and had contacted the undersigned to discuss the situation. I also wanted to make sure that the record reflected that she indicated she was in the process of filing for bankruptcy protection so that the United States of America and its counsel can take the appropriate action.

      Inadvertently, a paragraph was entered indicating that the undersigned was seeking a fee for the period of time that was expended.

      That was inadvertently included in the Supplemental filing and the undersigned is not and does not seek a fee of any type for the Supplemental Report.

      Wherefore, the undersigned counsel prays that the Court will accept the Supplemental Report into the record for completeness.

        Respectfully submitted,

        HAMM, MILBY & RIDINGS
        120 NORTH MAIN STREET
        LONDON, KY 40741
        PHONE: 606-864-4126
        FAX: 606-878-8144
        COUNSEL FOR DEFENDANT
        bsergent@hmrkylaw.com

        BY:  /s/ Bryan K. Sergent_____
              BRYAN K. SERGENT

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

A.  George Mason, Jr.
3070 Lakecrest Circle
Suite 400, PMB 278
Lexington, KY 40513

        /s/ Bryan K. Sergent_____
        BRYAN K. SERGENT